UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 04874
   SANDRA D MACON
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-9889

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
   The case was filed on 05/02/2006 and was confirmed 06/29/2006.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

   The case was dismissed after confirmation 08/14/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOMEQ SERVICING CORP | CURRENT MORTG | .00 | .00 | .00 |
| HOMEQ SERVICING CORP | MORTGAGE ARRE | 5424.17 | .00 | 5424.17 |
| HOUSEHOLD BANK | CURRENT MORTG | .00 | .00 | .00 |
| HOUSEHOLD BANK | MORTGAGE ARRE | 2501.35 | .00 | 1577.93 |
| NUVELL CREDIT CO LLC | SECURED NOT I | .00 | .00 | .00 |
| NUVELL CREDIT CO LLC | UNSECURED | 11450.00 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 469.94 | .00 | .00 |
| LASALLE BANK LNA OD | UNSECURED | NOT FILED | .00 | .00 |
| AFNI | UNSECURED | NOT FILED | .00 | .00 |
| WORKOUT WORLD | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| SHORT TERM LOAN | UNSECURED | 675.00 | .00 | .00 |
| COOK COUNTY STATES ATTY | UNSECURED | NOT FILED | .00 | .00 |
| STAVER & GAINSBERG | DEBTOR ATTY | 2,500.00 | | 2,500.00 |
| TOM VAUGHN | TRUSTEE | | | 597.90 |
| DEBTOR REFUND | REFUND | | | .00 |

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                10,100.00

PRIORITY                                         .00
SECURED                                     7,002.10
UNSECURED                                        .00
ADMINISTRATIVE                              2,500.00
TRUSTEE COMPENSATION                          597.90
DEBTOR REFUND                                    .00
                    ---------------      ---------------
TOTALS                 10,100.00            10,100.00


                   PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 06 B 04874 SANDRA D MACON

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 11/20/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE